ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/15/2010

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CLAUS,<br><br>    Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No. CV 10-8380-GHK (RNB)<br><br>**J U D G M E N T** |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 11/10/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE